**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JEANNA LYONS,                 : No. 52 MAL 2015
                                     :
            Petitioner         :
                                     : Petition for Allowance of Appeal from the
                                     : Order of the Commonwealth Court
           v.                    :
                                     :
                                     :
DEPARTMENT OF PUBLIC WELFARE,   :
                                     :
           Respondent       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is

**DENIED**.